BEFORE THE THIRD DIVISION, DECEMBER 14, 1949

**No. 53816.**—Federal Wine & Liquor Co. et al. *v.* United States, protests 109797–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53817.**—Empire Liquor Corp. *v.* United States, protests 116338–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53818.**—Bellows & Co., Inc., et al. *v.* United States, protests 151352–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53819.**—The Loucraft Corporation *v.* United States, protest 116587–K (Minneapolis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.